# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILA MORI,<br><br>            Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.<br><br>            Defendants. | Case No. 1: 25-cv-00540-KES-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE REQUEST FOR ENTRY OF DEFAULT OR A NOTICE OF STATUS OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC<br><br>**AUGUST 14, 2025 DEADLINE** |

Plaintiff filed this action on May 6, 2025, against Defendants Experian Information Solutions, Inc.; Equifax Information Services, LLC; and TransUnion, LLC. (ECF No. 1.) Defendants TransUnion, LLC, and Experian Information Solutions, Inc., timely filed answers to the complaint. (ECF Nos. 9, 13.) While Defendant Equifax Information Services, LLC, and Plaintiff stipulated to extend the time in which Equifax could respond to the complaint, Equifax's answer was nonetheless due July 1, 2025. (ECF No. 7.) Plaintiff has not requested an entry of default. The initial scheduling conference is scheduled for September 4, 2025.

///
///
///
///
///

Accordingly, IT IS HEREBY ORDERED that on or before **August 14, 2025**, Plaintiff shall either file a request for entry of default on Equifax Information Services, LLC, a stipulation extending the time to respond and request to continue the conference, or some other notice on the status of this action regarding the parties' readiness to proceed into the scheduling conference.

IT IS SO ORDERED.

Dated:   **August 7, 2025**

STANLEY A. BOONE
United States Magistrate Judge