**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILA MORI, | Case No. 1: 25-cv-00540-KES-SAB |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO TERMINATE DEFENDANT EQUIFAX INFORMATION SERVICES, LLC AS A DEFENDANT IN THIS ACTION |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al. | |
| | (ECF No. 15) |
| Defendants. | |

On August 13, 2025, Plaintiff filed a notice of voluntary dismissal of this action with prejudice as to Defendant Equifax Information Services, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (ECF No. 15.)

"[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999), quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078; see also Pedrina v. Chun, 987 F.2d 608, 609 (9th Cir. 1993). In this action, Equifax Information Services, LLC has not filed an answer, other responsive pleading, or motion for summary judgment.

Accordingly, the Clerk of the Court is HEREBY ORDERED to TERMINATE Equifax Information Services, LLC as a defendant in this action.

IT IS SO ORDERED.

Dated:  **August 13, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2