# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILA MORI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-00540-KES-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>(ECF No. 24)<br><br>**DECEMBER 1, 2025 DEADLINE** |

On September 30, 2025, Plaintiff filed a notice of settlement, informing the Court that a settlement has been reached with Defendant Experian Information Solutions, Inc. and that dispositional documents will be filed by December 1, 2025. (ECF No. 24.)

Accordingly, pursuant to the stipulation, it is HEREBY ORDERED that Plaintiff shall file dispositional documents **no later than December 1, 2025**. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:　**October 1, 2025**　　　　　　　　　　　　　　　　　　　　

　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　United States Magistrate Judge