# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILA MORI,<br><br>           Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>           Defendants. | Case No. 1:25-cv-00540-KES-SAB<br><br>ORDER DIRECTING CLERK OF COURT ADJUST DOCKET TO REFLECT STIPULATED DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>(ECF No. 26) |

On October 16, 2025, Plaintiff and Defendant Experian Information Solutions, Inc. filed a stipulation dismissing the claims against this Defendant with prejudice. (ECF No. 26.) In light of the stipulation, Defendant Experian Information Solutions, Inc., has been dismissed pursuant to the terms of the stipulation. Fed. R. Civ. P. 41(a)(1)(A)(ii); see Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)

Accordingly, the Clerk of the Court is DIRECTED to TERMINATE Defendant Experian Information Solutions, Inc., on the docket to reflect the stipulated dismissal pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:  **October 17, 2025**

STANLEY A. BOONE
United States Magistrate Judge