# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILA MORI, | Case No. 1:25-cv-00540-KES-SAB |
| Plaintiff, | ORDER IMPOSING SANCTIONS AND DISCHARGING DECEMBER 11, 2025 ORDER TO SHOW CAUSE |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS INC., et al., | DEFENDANT MAY FILE ATTORNEY'S FEES AND COSTS WITHIN FOURTEEN DAYS OF THIS ORDER |
| Defendants. | (ECF No. 32) |

On December 11, 2025, the Court ordered Plaintiff to show cause for failing to appear at the settlement conference scheduled that day. (ECF No. 32.) On December 19, 2025, counsel Jared Walder filed a declaration explaining that he misinterpreted the settlement conference order, (ECF No. 23), believing that Plaintiff's appearance was not required if counsel had full settlement authority and that the conference would be vacated if the case was not in a settlement posture. (ECF No. 33.) The morning before the conference, after conferring with Defendant, counsel concluded that further discovery was needed before settlement and informed chambers accordingly. (Id.) Defendant requested that the settlement conference proceed, and the matter remained on the calendar. (Id.)

Plaintiff's response is not well-taken. The settlement conference explicitly required that "[t]he attorneys who will try the case along with the parties and the person or persons having full

1

authority to negotiate and settle the case, on any terms, shall appear via Zoom at the conference." (ECF No. 23.) Because Plaintiff did not attend the settlement conference as required by the Court's order, the Court finds that sanctions are warranted. See L.R. 110.

Accordingly, IT IS HEREBY ORDERED that

1. The Court's December 11, 2025 order to show cause (ECF No. 32) is DISCHARGED;
2. Plaintiff shall **pay $250.00 in sanctions via cashier's check to the Clerk of Court no later than January 12, 2026**, for her failure to appear at the mandatory settlement conference, and shall file a notice confirming payment of the sanction;
3. Defendant may submit a motion for attorney's fee and costs incurred as a result of Plaintiff's failure to appear at the settlement conference within **fourteen (14) days** of this order; and
4. Failure to comply may also result in a recommendation of dismissal of this action.

IT IS SO ORDERED.

Dated:   **January 5, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2