# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILA MORI,<br><br>       Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>       Defendants. | Case No. 1:25-cv-00540-KES-SAB<br><br>ORDER DIRECTING CLERK OF COURT ADJUST DOCKET TO REFLECT STIPULATED DISMISSAL OF DEFENDANT TRANSUNION, LLC<br><br>(ECF No. 36) |

On February 4, 2026, Plaintiff and Defendant TransUnion, LLC filed a stipulation dismissing the claims against this Defendant with prejudice. (ECF No. 36.) In light of the stipulation, Defendant TransUnion, LLC, has been dismissed pursuant to the terms of the stipulation. Fed. R. Civ. P. 41(a)(1)(A)(ii); see Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

Accordingly, the Clerk of the Court is DIRECTED to TERMINATE Defendant TransUnion, LLC on the docket to reflect the stipulated dismissal pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:  **February 5, 2026**  

STANLEY A. BOONE
United States Magistrate Judge